IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS M. TURTUR, <br> (SPN #00688172) <br><br> Plaintiff, <br><br> vs. <br><br> TOMMY B. THOMAS, *et al.,* <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION H-08-1029 |

**ORDER**

The plaintiff, a former inmate at the Harris County Jail, filed this civil rights action on April 3, 2008. (Docket Entry No. 1). On April 15, 2008, the Clerk's Notice of Deficient Pleading was returned to the court by the postal service with the notation, "Return to Sender, Released From Custody of Harris Co. Sheriff's Dept." (Docket Entry No. 4). In an order entered on April 23, 2008, this court dismissed the complaint for want of prosecution because the plaintiff failed to keep the court apprised of his current address. (Docket Entry No. 6). On April 30, 2008, the plaintiff filed a motion to reinstate and provided a current address. (Docket Entry No. 11, p. 1).

On April 3, 2008, the plaintiff paid $180 of the $350 filing fee. On May 20, 2008, the plaintiff filed a motion to proceed *in forma pauperis*. (Docket Entry No. 12). The plaintiff offered no justification for his inability to pay the entire filing fee. The plaintiff acknowledged that the filing fee was $350 and stated that he would "bring the filing fee current by June 1, 2008." *Id*. at 1. There is no indication that the plaintiff has paid any further amount toward the filing fee.

The plaintiff's motion to proceed *in forma pauperis*, (Docket Entry No. 12), is denied. The plaintiff's motion to reinstate, (Docket Entry No. 11), is denied without prejudice to reconsideration after the plaintiff has paid $170, the balance of the $350 filing fee.

SIGNED on July 8, 2008, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge